ALBERT G. LINDSAY, Respondent, v. STANDARD ORE & ALLOYS CORPORATION, Appellant.— Order denying defendant's motion for a bill of particulars unanimously reversed and the motion granted to the extent of allowing all items except items 5, 19, 22, 30 and 31 and by eliminating the word " complete " from items 3b, 7b, 11b, 18b, 26b and 28b. The particulars allowed are appropriate. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

CENTRAL BURNER Co., INC., Respondent, v. ARTHUR LE VINE, Appellant; CITY OF NEW YORK, Respondent, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel and Bergan, JJ.

■

MARATHON PICTURES CORPORATION, Appellant, v. PRC PICTURES, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

■

FRENCH AMERICAN BANKING CORPORATION, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

In the Matter of SOL ENDIG, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.